No. 4,875.—WM. MUTH ET AL., RESPONDENTS, *v.* HENRY WINTER ET AL., APPELLANTS.

*Appeal from District Court, Lewis and Clark County; Wm. H. Poorman, Judge.*

Decided September 11, 1922.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal in the above-entitled cause is dismissed.

*Mr. Wellington D. Rankin* and *Mr. A. H. Angstman,* for Appellants.

*Messrs. Gunn, Rasch & Hall* and *Mr. Edward Horsky,* for Respondents.

---

Nos. 5,174 and 5,175.—AGNES GOBBS, RESPONDENT, *v.* EDWARD GOBBS, APPELLANT.

*Appeals from Sheridan County; C. E. Comer, Judge.*

Decided September 15, 1922.

PER CURIAM.—On motion of respondent the appeals in the above-entitled causes are dismissed for failure of appellant to file transcripts within the time required by the rules of the supreme court.

*Mr. Howard M. Lewis,* for Respondent.